Suba v. Kelly et al Doc. 3



IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

Jesse Brown, derivatively and on behalf of Nominal Defendant Chordiant Software, Inc.,

Plaintiff,

v.

Stephen Kelly, et al.,

Defendants,

and

Chordiant Software, Inc.,

Nominal Defendant.

/

NO. C 06-04671 JW

**ORDER RE: ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**

Presently before the Court is an administrative motion to consider whether the action of Louis Suba (derivatively and on behalf of Chordiant Software, Inc.) v. Stephen Kelly, et al., No. C 06-05603 JW (filed Sept. 13, 2006) should be related to the above-entitled action. As both cases are already before this Court, there is no need for the cases to be related. The relationship is DENIED.

The Court invites the parties to file a motion for consolidation. The motion shall be noticed in accordance with the local rules.

Dated: October 4, 2006

JAMES WARE
United States District Judge

United States District Court
For the Northern District of California

Dockets.Justia.com

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Alan R. Plutzik aplutzik@bramsonplutzik.com
Christopher J. Sundermeier Sundermeierc@Cooley.com
Eric L. Zagar ezagar@sbclasslaw.com
Kathryn A. Schofield kschofield@bramsonplutzik.com
L. Timothy Fisher ltfisher@bramsonplutzik.com
Laura R. Smith smithlr@cooley.com

**Dated: October 4, 2006**

**Richard W. Wieking, Clerk**

**By: /s/ JW Chambers**
**Elizabeth Garcia**
**Courtroom Deputy**

United States District Court
For the Northern District of California